UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

CHANICE TROTMAN        Plaintiffs

MICHAEL ADAMS

▬▬▬▬▬▬ STA Daughter Age 3/CT   Civil Right Violation

▬▬▬▬▬▬ 2J Son Age 9/CT   Complaint 42USC 1983, 18 USC 1581

4th and 5th amend & Jury Trial **Demanded**

-Against-

Social Worker, Ms. JEAN LOUIS,

Nathalie Charles, Commissioner of

Children Services, Attorneys: Edward

Ceasar, Etta Ibok, Jane Doe Clerks

and John Doe Clerk, Mayor of the

City of New York, New York City

Police Department, Unknown Doe

Police Officer(s)

            Defendants

CV 15  2575

CHEN, J.
MANN. M.J.

---

PARTIES: Plaintiffs is a Citizen of the United States of America derivative of the 14th amendment and a resident in the County of the Kings in the City of New York



Defendants are Municipal Corporation created under the law of the State of New York, in the County of Kings and Agency of the City of New York.

## VENUE

Jurisdiction is founded upon title 28 USC 1391 (a) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (b) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated

## FEDERAL QUESTION JURISDICTION 28 USC 1331

The 13th Amendment to the Constitution declared that "Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. In that all person born or naturalized are Citizens of the United States and the States wherein they reside and no state shall deny the citizens of the United State Life Liberty or Property without Due Process of Law or equal protection of the law.

THAT THE INVOLUNTARY SERVITUDE OF THE PLAINTIFF AND THE PLAINTIFFS' CHILDREN WAS ACCOMPLISHED BY THE UNLAWFUL SEISURE OF PLAINTIFFS CHILDREN WITH THE ASSISTANCE OF NYPD BREAKING THE DOOR DOWN WITH GUNS IN HAND WITHOUT A WARRANT POINTED AT THE PLAINTIFFS HEAD TO TAKE THE CHILDREN AND PLACE THEM IN PROTECTIVE CUSTODY, UNDER FALSE ALLEGATIONS BY THE ACS WORKER MS JEAN LOUIS FOR THEIR ALLEGED EMERGENCY REMOVAL UNDER FCA 1024. IT WAS ACCOMPLISHED AND THE PROXIMATE CAUSE OF PLAINTIFFS INJURY IN VIOLATION OF PLAINTIFFS RIGHTS PURSUANT TO THE FEDERAL CONSTITUTION 4TH 5TH 13TH & 14TH AMENDMENT AND ITS ENFORCEMENT COUNTER-PART 42 USC 1983 & 18 USC 1581.

THAT THE PLAINTIFF WAS PLACED UNDER THREAT DURESS AND CORERION AND WAS FORCED TO ADHERE TO ACS ARBITRARY AND CAPRICIOUS ACTS OF ITS WORKER MS. JEAN LOUIS. THAT MS. LOUIS CAUSED THE POLICE TO KNOCK DOWN PLAINTIFFS DOOR AT GUN POINT AND THEN SEIZED THE PLAINTIFFS CHILDREN BECAUSE SHE SAID THE CHILDREN WAS IN IMIMENENT DANGER ON MAY 30TH, THAT MS. JEAN LOUIS FIRST CAME IN CONTACT WITH ME CONCERNING MY CHILDREN MAY 5TH HER ACTIONS WERE AN ABUSE OF AUTHORITY JUST BECAUSE SHE HAD THE OFFICE THAT GAVE HER AUTHORITY TO COMMIT UNDER THE GUISE OF LAW AND UNLAWFUL ACT.

DEFENDANT LATER EXECUTED A SERVICE PLAN CONTRACT/ADHESIVE CONTRACT OF THE ACS INSTITUTION TO BE SIGNED AND PERFORMED BY THE PLAINTIFF BEFORE THE PLAINTIFF CAN RECEIVE PLAINTIFFS CHILDREN BACK. THAT INVOLUNTARY SERVITUDE CONTRACT CAUSE PLAINTIFFS CHILDREN TO BE SUBJECT TO THE CONDITION OF INVOLUNTARY SERVITUDE IN VIOLATION OF THE 13TH AMENDMENT BY BEING PLACED IN A FOSTER CARE HOME BY THE FALSE ALLEGATIONS OF MS JEAN LOUIS SOCIAL WORKER AGAINST OUR WILL.

THAT WAS THE ACTIONS OF MS. JEAN LOUIS ARE BEING INCORPORATED WITH THAT OF THE ATTORNEY CEASER, ATTORNEY MS. EBOTT. THAT THEIR PART IN THIS CIVIL CONSPIRACY IS THE CONCEALING OF EVIDENCE CONTAINED IN A VIDEO WHICH WAS THE ALLEGED PURPOSE OF THE EMERGENCY REMOVAL AND EXECESSIVE FORCE AGAINST THE PLAINTIFF. THE EVIDENCE CONCEALED FROM THE COURT BUT KNOWN TO THE NEWLY COURT APPOINTED ATTORNY CEASER IS THAT THE INSTRUMENT THAT APPEARS TO BE A TAZER IS A TOY AND MS EBOT TOLD CEASER BEFORE SHE ASKED TO BE REMOVED FROM THE CASE.

MOREOVER, CLERKS OF THE COURT TAMPERING WITH RECORD IN ITS RECORDING AND OBSTRUCTING JUSTICE IN THE ABUSE OF PROCESS OF LAW, IMPEDING JUSTICE BY ACCEPTING PLAINTIFFS PAPERS THEN MAKE THE PLAINTIFF WAIT ALL DAY THEN HAND IT BACK AND TELL THE PLAINTIFF TO COME BACK TOMORROW, THERE IS NO JUDGE TO HEAR IT THEN RESUBMIT THE SAME TIME STAMPED DOCUMENTS AGAIN. PL 195.00 **Official misconduct.**

A public servant is guilty of official misconduct when, with intent to obtain a benefit or deprive another person of a benefit:

1. He commits an act relating to his office but constituting an unauthorized exercise of his official functions, knowing that such act is unauthorized; or 2. He knowingly refrains from performing a duty which is imposed upon him by law or is clearly inherent in the nature of his office. Official misconduct is a class A misdemeanor.

THESE OFFICERS AND AGENTS HAVE CREATED A PATTERN AND PRACTICE THAT VIOLATES THE LAWFUL EXECUTIOJN OF JUDICIAL PROCEEDINGS AND A VIOLATION OF PETITIONERS 4TH 5TH 13TH & 14TH AMENDMENT INCLUSIVE OF 42 USC 1983. THE RIGHTS OF THE CITIZEN BY ITS OFFICERS AND AGENTS BEING AN ARM OF THE STATE AND AN AGENCY AND OF THE COMMISSIONER OF THE CITY OF NEW YORK UNDER THE COLOR OF STATE LAW ACTED IN BAD FAITH WITH UNCLEAN HANDS IN THE REMOVAL OF PETITIONERS CHILDREN.

THAT THE ACS THRU ITS ENTERPRISE USED THE COURT SYSTEM TO CREATE THE CONDITION OF INVOLUNTARY SERVITUDE OF PLAINTIFFS CHILDREN AND PLAINTIFF.I AM DENIED MY NATURAL GOD GIVEN RIGHTS TO THEM WITHOUT THE PERFORMANCE THEIR ADHESIVE AGREEMENT, WHERE WITHOUT THE SIGNING AND PERFORMANCE OF THE ACS SERVICE PLAN/ADHESIVE CONTRACT, PLAINTIFF WOULD LOOSE PLANTIFFS RIGHTS TO PLAINTIFFS CHILDREN. THE BUDGET OF THIS

AGENCY RECIEVES FEDERAL FUNDS FOR ITS BUDGETING OPERATIONS IN THE STATES AND IT IS PROHIBITED FROM USING ITS FUNDED STATE AGENCIES AS A CONDUIT UNDER THE COLOR OF STATE LAW FOR ILLEGAL MEANS IN VIOLATIONS OF THE INHIBITIONS OF THE 4TH 5TH 13TH & 14TH AMENDMENT TO THE FEDERAL CONSTITUTION.

It should be duly noted that all timed stamped document attached is prima facie evidence of violations of state and federal law PL 175.25 and PL 195.00 Official Misconduct. The situation surrounding the release of plaintiffs' children is intertwined with the illegal actions of the Officers in the performance of their duties, inclusive of the Judge issuing an Order denying the plaintiff from bringing any more moving papers with the courts' permission. This was done because plaintiff filed a Omni bus motion which was filed then a Demand for Discovery for the Medical for the removal, the Warrant for breaking into the home of the plaintiff at gun point, then a Order to Show Cause why the children should be given back pursuant to 1024 of the Family court Act and went to the clerk to pay to get all my filing certified and I would pay, the clerk denied me the right to get certified records and the Judge did also, and so because they are in a position that they cannot answer the demand for discovery the court is shielding their acts and omissions in the kidnapping of plaintiffs children and scaring the plaintiff that if you continue you can lose your children, when they. ACS are wrong for giving my child to a molester, His father and taking them from me. My son has been traumatized under his fathers' care and made to be silent while still with the other two children that tried to force their penis into his mouth, and my daughter has been abuse under ACS care and refused to document or report it on record. Both of my children will need treatment from a psychologist for some time.

### AFFIDAVIT OF FACT SURROUNDING THE ILLEGAL REMOVAL OF MY CHILDREN

1. May 5' 2014 Berianda Buela Bernadette Jean Louis was assigned to William Johnson / Leona A. Johnson case . Jessica Bruno from Safe Horizon located on the 12 fl. 330 Jay st .I got the Writ of Habeas Corpus by Judge Adam Silvera .I was confronted by Leona Johnson, William Johnson and his little brothers.

2. I was attacked threaten by William and his mother when William Johnson took his gun out and started banging on the window of the taxi cab with the handle of the gun.I called the police and while waiting for them with my phone and writ I heard ▆▆▆ voice.Asia Barnes name and identity was unknown to me at the time .When ▆▆▆ came to me Asia Barnes tried to block the exit .I stated I was Chaniece Trotman ▆▆▆ mother and I had a Writ. Asia Barnes

start to fight me and William Johnson jump in stomping me in the face and he stole the writ.

3. The police finally arrived they didnt want to verify the write with 77 precincts, the writ was stolen by William Johnson so the cops had no paper work to go off. The police gave ▓▓▓ [2ʊ son Age 9/ cT] to his paternal grandmother with the boys who molested him and Asia Barnes who had just attacked me and was unknown to me.
May 7-8 2014 ' I go back to court for another writ and told my caseworker Jessica Bruno from Safe Horizon who found out what happened, Hon Judge Adam silvera gave me another writ. William Johnson was still arrested and I didn't know where Leona Johnson resided I hadn't talk to her in 5/6 yrs.

4. Judge Adam Silvera had to put the same address on the second writ because Ms. Berianda Buela Bernadette Jean Louis wouldn't give the caseworker Jessica Bruno or Judge Adam Silvera Leona Johnson address.While waiting for the signed copy of the writ on the petition room, Jessica Bruno gave me a yellow sticky and she stated "you have been here for weeks with the baby, I can't have children. "You're a good mom I'm sorry you have to go through this, you're a Latina like me conflict of interest here's Leona Johnson address. As she slipped the yellow sticky she apologized for not having the number.

5. I thanked Ms. Jessica Bruno with all my heart and met with Michael Adams and we called the cops to Leona Johnson home .We had to call the 2/3 times before the police finally got there . Leona Johnson couldn't figure out how I got her address Leona Johnson called 911 and stated Shots fired ,at her door.
Leona stated that I, Chaniece Trotman had fired shots at her door and threw the gun in the incinerator I had no knowledge of what was about to take place.

6. About 8/10 mins later 2 officers and about 6/8 detectives came in the building . They frisk me, looked in my pocketbook, started looking in the compact and then finally put me in handcuffs.
The detectives ask me did I have a gun. I stated "No, I have never had a gun or even shot one in my life. I came over with the police and they opened the door for me , I told them I have writ for my son and he was molested by his uncles and his father William Johnson had kidnapped him from school.

7. The police detained me until they searched the Tompkins Housing Project incinerator.

8. The police said sorry to me but if I wanted my child I would have to write what they wanted me too in order to get my child back. By then my Aunt Victoria Skinner had arrived with my daughter ▓▓▓ [STA daughter Age 3/cT] and cousins.

9. Victoria Skinner my aunt stated " Jean-Louis called me ."Jean –

Louis said you had a gun at Leona house , was threatening to kill her for your son, she gave me the address and told me to go see whats going on because chaniece is gonna  make me take the kids from her, I couldn't believe it. First, attacked with the writ and my son is giving back to the kidnappers/ molesters .Now Im detained over a bogus report called on me , refused the information to where my child is and he's in danger and detained for almost two hours while  by child is in the custody of a Crack addicted/ prostitute and with the boys who not only forced my son to perform oral sex but actually committed a crime against.my son and I was being threaten to loose children ?

10. Jean - louis had interviewed ▓▓▓▓ [ZJ Son Age 9/CT] at Leona Johnsons house , William Johnson's house while I had been in Family court trying to retrieve my son. She even had my son questioned without notifying me or even being present.

11. Jean - Louis had seen my children over 6/7 times , visited my home about 4 times, been in my home once and said my home was huge , how can I afford something like this and my children were spoiled.

12. Jean- Louis had stated also told me that William Johnson gave her my iPod and that she could use this against me if I don't cooperate with her investigation.
On one occasion Jean Louis got very sweaty and aggravated and stated she had Liproscoptic surgery on her knees and eyes and she cant believe her supervisor has her on the bus coming here. We must be home when she comes and give her access at all times to see the home and kids unless she could remove them at any time.

13. After harassing calls, not investigation that my  son ▓▓ [ZJ Age 9/CT] ▓▓n has been sexual abused by his uncles ▓▓▓▓ [IM Age 15 /paternal uncle] and ▓▓▓▓▓ [DM Age 13 paternal uncle] ,.threats, home invasion , privacy exploited ,defamation of my character, illegal seizure of my property and children. I called Brooklyn Regional and talk to Mr. March and we discovered she lied about her name being Berianda Jean Louis I located her through her last name, address and number.
I called all the supervisors in command Monica Hoover , Rosezetta Means , Rosyln -Norrel Fleming , Lutonja Atkins, Hays , Lubin etc.. Conflict of Interest Board, Complaint against an NYC employer, Department of Investigation.

14. May 30, 2014 Ms Jean -Louis came to my home around 7:12 -0r 8:@m ringing the bell hysterically. ▓▓ [STH daughter Age 3] was startled by the bell jumping and screaming from her sleep, puppies barking Im trying to get ▓▓ [ZJ Son Age 9] out of his bed and get him to put on shoes .
Im telling Ms Jean - Louis we are coming down stairs, we have two flights to come down and the children just woke up hold on, were coming.

Page 6 of 10

15. I get down stairs with [ZJ Son Age 9/CT] and Jean -Louis [STA daughter Age 3/CT] And I start conversing with her. She ask were is [redacted] and I stated that her father Michael Adams was making her a bottle but was coming down shortly.

16. I asked her were was the letter stating I was indicated in the report, I was tired of being embarrassed and harassed. I stated that she never ever investigated [JM Age 15 daughter uncle CT], [DM Age 13 paternal uncle/CT] or [ZJ Son Age 9/CT] about what took place.

17. Jean - Louis stated she needed my ID to give me the report . I told her she was suppose to give me the letter and show me her Id when she came the first initial time. I stated to [ZJ Son Age 9/CT] to tell Ms.Jean Louis what you told me over the weekend. [ZJ Son age 9/CT] started to tell her that Leona Johnson and William Johnson had made [JM Age 15]/[DM Age 13] apologize for what they did to [ZJ son age 9/CT], he further stated that his paternal grandmother Leona Johnson stated if he kept telling the story hell never see his mother again and his she would die from old age in jail.

18. Ms jean - Louis told [ZJ Son Age 9/CT] to stop talking , be quiet and I told [ZJ Age 9 Son/CT] dont be afraid Im his mother and to keep on telling her.

19. Ms jean louis with my id in her hand took both hands and covered her ears to block out [ZJ Son Age 9/CT]s statement.
We got into a heated disagreement she called me a Yankee , hybrid and that she would show me how to call the cops. She would not get find shes in the union and have immunity. She bum-rushed me d, had my id , never gave me the letter.

20. The bus driver made her get off the bus and I called 911 . Ms jean -louis waited for another bus and fled the scene. The police arrived Heard what happened from other by standers as well and made a report on Jean louis.

21. I called Ms. Jean -Louis supervisors and explained I called almost  three weeks straight consecutively and no one has returned my calls, followed up with any of my  complaints, set up a meeting or schedule a conference regarding this worker and now it has led to me getting police interference.

22. They finally got Ms. Fleming on the phone and I stated what happened. About 4-5 hours Jean Louis came back and had my doors and my neighbors doors kicked down by police. Jean Louis, her supervisor Rosezetta Means had police kick down the doors with guns pointed at myself and Michael Adams head and took our children saying they were imminent danger and had to go to the hospital because I was a bad mother.
I had no number, or any information where my children were from Friday -Monday.

23. After all that was in play,the next events tool place. Nathalie



Charles then threaten myself and Michael Adams by stating if we don't sign the Service Plan our child would be adopted and she could by law terminate our parental rights and our names would be removed off the birth certificate . She also stated that our daughter would be too young to look or find us because she will be to young to remember our names.

24. She stated if we don't sign medical consent we would not be able to know about our daughter doctor visits, diagnosis or any treatment that our baby received.

25. Nathalie Charles has left my daughter in Denise Edmunds home after allegations and evidence of physical abuse. She seen bruises on my child legs, ankles, and busted lips. She never documented the incidents or reported it to ACS, Police or even removed the child from the home .

26. Instead she informed the foster parent that I was starting to make allegation of abuse against her and she should stop letting my daughter [STA daughter Age 3/CT] call me. The calls were stopped right after letting Ms .Nathalie Charles hear a conversation from Denise Edmunds phone. Where sanai is telling myself and her father Michael Adams she's hurt , she's bleeding , she fell over the gate , she's in the dark  scared , she dint want to go in there , its too heavy and Sanai also stated that " TiTi " "Auntie" in which she calls Denise Edmunds .

27. Sanai stated " Auntie beat me , "Mommy auntie beat me ", "titi beat me", Mommy she beat me, "Auntie beat me, [STA age 3 daughter/CT] stated this over and over and repeated in 7-8 times that auntie / titi beat her.

28. My daughter had black and blue marks all over the left side of her body . Nathalie Charles told myself and Michael Adams that we couldn't take our child to the hospital, to medical located in Grin ham so we snuck pictures of the bruises.

29. Nathalie Charles forced Ms. DENISE Edmunds to keep [STA daughter Age 3/CT] after Ms . Edmunds pleaded with her over and over to remove [STA daughter Age 3/CT] out of her home immediately because she was overwhelmed with caring for [STA daughter Age 3/CT] and she fears the allegations of her family . Denise Edmunds aslo stated that she , her husband and children decided to have [STA daughter Age 3/CT] removed because they didn't want to jeopardize their family .

30. Nathalie Charles begged Ms. Edmunds to keep [STA daughter Age /CT]i . Ms. Charles stated to Ms Edmunds that her and [STA daughter Age 3/CT] has bonded and that Sanai even called Ms. Edmunds Aunty.

31. Ms. Charles seen bruises on the baby , cuts and bruised/busted lips and did nothing . She claimed the bruises and cuts were probably mosquitos or worst case bed bugs bites .Ms. Charles stated the busted lips were from [STA daughter Age 3 CT] playing with children

Registered in Ms. Edmunds daycare. It's been on numerous occasions that I have documented bruises, cuts and emotional abuse Some of the pictures were taken in the presence of Ms. Charles.

For the First Cause of Action of Civil Right Violation plaintiff is demanding against the officers 1,000,000.00 US Dollars for illegal seizure of plaintiffs children at gun point and breaking down plaintiffs door without a warrant.

For the Second Cause of Action of Peonage by the ACS and aiding and abetting unlawful seizure of plaintiffs children and causing psychological damages to the children of plaintiff by the illegal seizure and depriving plaintiff of her rights to her children, plaintiff is demanding 1,000,000.00 US Dollars for the illegal kidnapping by ACS Agency and placing plaintiff child with Molester father and daughter in foster care in violation of 13th amendment and 18 USC 1581.

For the third Cause of Action of Misconduct by the clerks in the obstruction of the judicial process by intimidation and removing records and replacing them, plaintiff for the intentional infliction of emotional pain by intimidating and harassing plaintiff by depriving the plaintiff of a benefit, plaintiff is demanding 1,000,000.00 US Dollars for the damage and injury caused.

For the Fourth Cause of Action of Tampering with records, plaintiff is demanding for damages for the injuries 1,000,000.00 US Dollars

For the Fifth Cause of Action of Concealment by the Attorneys plaintiff is demanding also 1,000,000.00 US dollars for liabilities as Public Officers of the Court for Malfeasance of Office and Negligence.

## CONCLUSIONS

FOR THE DAMAGES SUSTAINED BY MY CHILDREN, A PORTION OF THE FUNDS WILL BE SET ASIDE FOR THE FAMILY THERAPY AND PSYCOLOGICAL THERAPY FOR THE CHILDREN IN ITS UNIFICATION AND ADJUSTMENT OF THE MIND OF MY SON WHO WAS MOLESTED AND MY LITTLE CHILD BEING ABUSED AND LEFT IN THE DARK AND TRAUMATIZED.

WHEREFORE, Plaintiff prays for relief in the form of immediate release of our children and monetary judgment for the damages and what ever the Court deems just and proper.

## VERIFICATION

I am the plaintiff in this matter and acquainted with the facts and circumstances in the above entitled complaint and I have read the foregoing complaint and knows the content thereof; the statements made are true correct and complete to the best of my informed knowledge and as to those matters believed to be true.

Dated

CHANIECE TROTMAN _____

_____

MICHAEL ADAM _____

_____

JOHN T. FOSTER, JR.
Commissioner of Deeds
City of New York-No. 2-11214
Qualified In Kings County
My Commission Expires on June 1, 2017